ON RETURN TO REMAND
The return to remand discloses that the trial court has fully complied with our directions in remanding this cause for the trial court to conduct a new sentencing hearing, which was conducted on April 2, 1987, with appellant and his attorney present. Appellant was adjudged guilty of burglary in the third degree and sentenced to a term of imprisonment of ten years. It was further ordered that appellant serve one year, eight months, and four days of said sentence; that appellant be given credit for one year, eight months, and four days for time served in jail; and that the balance of the sentence be suspended pending a five-year probationary period and that appellant pay $50 to the Alabama Crime Victim's Compensation Fund and costs of court within six months following his release.
Having reviewed the resentencing proceedings and finding the sentence proper, we find that this case is due to be, and it is hereby, affirmed.
AFFIRMED.
All Judges concur.